IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID PADILLA | CRIMINAL ACTION<br>NO. 96-606-3 |

### ORDER

**AND NOW**, this 15th day of November 2021, upon consideration of David Padilla's' Motion for Early Termination of Supervised Release (ECF No. 156) and the Government's Response (ECF No. 161), it is **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1